THE PEOPLE OF THE STATE OF NEW YORK ex rel. JAMES McDANIEL, Appellant, v VICTOR L. HERBERT, as Superintendent of Collins Correctional Facility, et al., Respondents. [698 NYS2d 196] —Appeal unanimously dismissed without costs as moot (see, People ex rel. Knox v Kelly, 70 NY2d 870). (Appeal from Judgment of Supreme Court, Erie County, Dillon, J.— Habeas Corpus.) Present—Green, J. P., Lawton, Wisner, Hurlbutt and Balio, JJ.

In the Matter of PHILOMENA STAGLIANO, Respondent, v DANIEL F. ROBINSON, Appellant. (Appeal No. 1.) [698 NYS2d 195] —Appeal unanimously dismissed without costs (see, Family Ct Act § 439 [e]; Matter of Werner v Werner, 130 AD2d 754; see also, Matter of Erie County Dept. of Social Servs. v Abdallah [appeal No. 2], 187 AD2d 967). (Appeal from Order of Herkimer County Family Court, Rao, H.E.—Support.) Present—Green, J. P., Lawton, Wisner, Hurlbutt and Balio, JJ.